IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MICHELLE PRESCOTT,
on behalf of herself and all others
similarly situated,

      Plaintiffs,

vs.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:09-cv-00322-DBH

**CONSENT TO BECOME PARTY PLAINTFF**

1.  I, _Darlene Bryant_, hereby consent and agree to become a party plaintiff and to pursue my claims against The Prudential Insurance Company of America, arising out of the Fair Labor Standards Act (and, where applicable, state wage and hour laws), in the lawsuit *Prescott v. The Prudential Insurance Company of America*, United States District Court, District of Maine, Case No. 2:09-cv-00322-DBH.

2.  I select the following as my legal representative (*check only one choice*):

    ✓    Nicholas Bull and Edward S. MacColl, of Portland, Maine, and Timothy B. Fleming, of Washington, D.C.

    _____    The attorney whose name and address is as follows:

    _____

    _____    I wish to appear *pro se*, representing myself without an attorney.

_10/12/2010_
Date

Signature

_DARLENE BRYANT_
Print Name

Address: _236 Sumner Street_
_Passaic, N.J. 07055_

LEGAL02/32043457v3